In re Estate of Maria Turner, deceased.
Mary Fletcher Brammer et al., appellants, v. Ferdinand W. Penn et al., appellees. Gen. No. 38,407.

Opinion filed May 11, 1936. Rehearing denied June 11, 1936.

Litsinger, Healy, Reid & Bye, Leon L. Drolet and John P. Conmy, for appellants; Daniel M. Healy, of counsel. Ellis & Westbrooks, Richard E. Westbrooks and Blaine G. Alston, for appellees Ferdinand W. Penn et al.; Heber T. Dotson, William H. Haynes and Joseph E.

590

Snowden, for appellees George W. Blackwell et al. Henry C. Ferguson, for appellee Ida Williams; Heber T. Dotson, William H. Haynes and Richard E. Westbrooks, of counsel.

Mr. Justice Matchett delivered the opinion of the court.